**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES**

| | |
|---|---|
| EARAIK TERVARDANYAN, an individual, | Case No.: 2:12-cv-01223-SVW-FFM |
| Plaintiff, | Hon. Stephen V. Wilson |
| vs. | **JUDGMENT OF DISMISSAL OF DEFENDANT NATIONWIDE CREDIT, INC., AND AWARD OF SANCTIONS IN THE AMOUNT OF $5,874.00** |
| CREDITORS FINANCIAL GROUP, LLC A Colorado Limited Liability Company; UNITED RECOVERY SYSTEMS, LP, a Texas Limited Partnership; LEGAL RECOVERY LAW OFFICES, a California Company; CLIENT SERVICES, INC., a Missouri Corporation; UNITED COLLECTION BUREAU INC., an Ohio Corporation; NATIONWIDE CREDIT, INC., a Georgia Corporation; NORTHLAND GROUP, INC., a Minnesota Corporation; PATENAUDE & FELIX APC, a California Professional Corporation; REDLINE RECOVERY SERVICE, LLC, a New York Limited Liability Company; ENHANCED RECOVERY COMPANY LLC, a Florida Limited Liability Company; SUNRISE CREDIT SERVICES, INC., a New York Corporation; INTEGRITY FINANCIAL PARTNERS, INC., a Kansas Corporation; CENTRAL CREDIT SERVICES, INC., a Florida Corporation; B3 CAPITAL, INC., a California Corporation; BERMAN & RABIN, P.A., a Kansas Professional | Complaint Filed: February 10, 2012<br>Trial date: None scheduled |

| | |
|---|---|
| 1 | Association; NCB MANGEMENT SERVICES, INC., a Pennsylvania Corporation; LEADING EDGE RECOVERY SOLUTIONS, LLC, an Illinois Limited Liability Company; GLOBAL CREDIT & COLLECTION CORPORATION, a New York Corporation; PRO CONSULTING SERVICES, INC., a Texas Corporation; CAPITAL MANAGEMENT, a California Company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants. |

Defendant Nationwide Credit, Inc.'s ("NCI") Motion for Judgment on the Pleadings came before this Court for hearing on October 29, 2012 in Courtroom 6 of the above-referenced Court. Appearances were made as stated on the record. Upon consideration of Defendant's Motion to, all papers filed on record and oral argument presented at the hearing, good cause appearing, the Court GRANTED NCI's Motion for Judgment on the Pleadings. (See Doc. No. 82.) Furthermore, the Court GRANTED NCI's Request for Sanctions against Attorney Arshak Bartoumian, in the amount of $5,874.00 (See Doc. No. 86.), therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant NCI is hereby DISMISSED from this action, WITH PREJUDICE.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that Defendant's Request for sanctions against Plaintiff's counsel Arshak

1  Bartoumian is GRANTED, and that Arshak Bartoumian shall pay the sum of
2  $5,874.00 to Nationwide Credit, Inc., c/o Houser & Allison Client Trust Account,
3  701 Palomar Airport Road, Suite 200, Carlsbad, CA 92011, within thirty (30) days
4  on the entry of this Judgment.
5  **IT IS SO ORDERED.**
6
7  Dated: December 3, 2012
8  _____
9  Hon. Stephen V. Wilson
   United States District Judge for the
10 Central District of California