cc: Fiscal Section

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARAIK TERVARDANYAN, an individual, | Case No. CV 12-01223 SVW (FFMx) |
| Plaintiff, | Judge: Hon. Stephen V. Wilson |
| vs. | JUDGMENT OF DISMISSAL OF DEFENDANT NCB MANAGEMENT SERVICES, INC. AND AWARD OF SANCTIONS IN THE AMOUNT OF $9,400.75 |
| CREDITORS FINANCIAL GROUP, LLC, A Colorado Limited Liability Company; UNITED RECOVERY SYSTEMS, LP  A Texas Limited Partnership; LEGAL RECOVERY LAW OFFICES, A California Company; CLIENT SERVICES, INC. a Missouri Corporation; UNITED COLLECTION BUREAU INC., An Ohio Corporation; NATIONWIDE CREDIT INC. A Georgia Corporation; NORTHLAND GROUP, INC. A Minnesota Corporation, PATENAUDE & FELIX APC, A California Professional Corporation; REDLINE RECOVERY SERVICE, LLC A New York Limited Liability Company; | Complaint Filed: February 10, 2012<br>Trial date: None scheduled |

| | |
|---|---|
| ENHANCED RECOVERY COMPANY, LLC, A Florida Limited Liability Company; SUNRISE CREDIT SERVICES, INC. A New York Corporation; INTEGRITY FINANCIAL PARTNERS, INC. A Kansas Corporation; CENTRAL CREDIT SERVICES, INC. A Florida Corporation; B3 CAPITAL INC. A California Corporation; BERMAN & RABIN, P.A., A Kansas Professional Association; NCB MANAGEMENT SERVICES, INC. A Pennsylvania Corporation; LEADING EDGE RECOVERY SOLUTIONS, LLC, a Illinois Limited Liability Company; GLOBAL CREDIT & COLLECTION CORPORATION, A New York Corporation; PRO CONSULTING SERVICES, INC. A Texas Corporation; CAPITAL MANAGEMENT, A California Company | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Defendant NCB Management Services, Inc.'s ("NCB") Motion to Dismiss Plaintiff's Complaint came before the Hon. Stephen V. Wilson and was determined without hearing.  Upon consideration of Defendant's Motion and all papers filed on the record, and good cause appearing, the Court GRANTED NCB's Motion to Dismiss on August 15, 2012 as to Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, the Rosenthal Fair Debt Collection

Practices Act, Cal. Civ. Code § 1788, *et seq.*, the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, and the Consumer Credit Reporting Agencies Act, Cal. Civ. Code § 1785, *et seq.*, without prejudice and as to Plaintiff's defamation and invasion of privacy/false light claims with prejudice. (*See* Docket No. 48.) On November 19, 2012, the Court DENIED Plaintiff's motion to amend his complaint. (*See* Docket No. 82.) Furthermore, on November 19, 2012, the Court GRANTED NCB's Motion for Sanctions against Plaintiff's attorney, Arshak Bartoumian, and on November 28, 2012 awarded NCB sanctions in the amount of $9,400.75. (*See* Docket Nos. 82 and 86.) Now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant NCB Management Services, Inc. is hereby dismissed from this action with prejudice.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant's motion for sanctions against Plaintiff's counsel Arshak Bartoumian is GRANTED, and that Arshak Bartoumian shall pay the sum of $9,400.75 to NCB Management Services, Inc., c/o General Counsel, One Allied Drive, Trevose, PA 19053, within thirty (30) days of the entry of this Judgment.

IT IS SO ORDERED.

Dated: December 7, 2012

_____
Hon. Stephen V. Wilson
United States District Judge