1
2
3
4
5
6
7
8

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARAIK TERVARDANYAN, an individual; | Case no. 2:12-cv-01223-SVW-FFM |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| vs. | |
| CREDITORS FINANCIAL GROUP, LLC; a Colorado limited liability company; UNITED RECOVERY SYSTEMS, LP, a Texas limited partnership; LEGAL RECOVERY LAW OFFICES, a California company; CLIENT SERVICES, INC., a Missouri corporation; UNITED COLLECTION BUREAU INC, an Ohio corporation; NATIONWIDE CREDIT INC., a Georgia corporation; NORTHLAND GROUP, INC., a Minnesota corporation; PATENAUDE & FELIX APC, a California professional corporation; REDLINE RECOVERY SERVICE, LLC, a New York limited liability company; ENHANCED RECOVERY COMPANY LLC, a Florida limited liability company; SUNRISE CREDIT SERVICES, INC., a New York corporation; INTEGRITY FINANCIAL PARTNERS, INC., a Kansas corporation; CENTRALCREDIT SERVICES, | |

1

[~~PROPOSED~~] JUDGMENT
2:12-cv-01223-SVW-FFM

07017.00/190017-1.wpd

INC., a Florida corporation; B3 CAPITAL INC., a California corporation; BERMAN & RABIN, P.A., a Kansas professional association; NCB MANAGEMENT SERVICES, INC., a Pennsylvania corporation; LEADING EDGE RECOVERY SOLUTIONS, LLC, an Illinois limited liability company; GLOBAL CREDIT & COLLECTION CORPORATION, a New York corporation; PRO CONSULTING SERVICES, INC., a Texas corporation; CAPITAL MANAGEMENT, a California company

Defendants.

By Minute Order dated November 19, 2012 (Docket no. 82), this Court granted (1) Defendant Global Credit & Collection Corp.'s Motion to Dismiss Plaintiff Earaik Tervardanyan's Complaint And Request for Sanctions Against Arshak Bartoumian (Docket no. 54) and (2) Defendants United Recovery Systems, LP, Sunrise Credit Services, Inc., United Collection Bureau, Inc., Leading Edge Recovery Solutions, LLC, Creditors Financial Group, LLC, and Berman & Rabin, P.A.'s Motion for Judgment on the Pleadings Against Plaintiff Earaik Tervardanyan's Complaint And Request for Sanctions Against Arshak Bartoumian (Docket no. 62), dismissing these moving Defendants with prejudice.

By Minute Order dated December 7, 2012 (Docket no. 94), this Court awarded these moving Defendants their attorneys' fees and costs as a sanction against Plaintiff's counsel, Arshak Bartoumian, as follows:

    i.    United Recovery Systems, LP, incurred and was awarded $3,849.19 in reasonable attorneys' fees and costs;

    ii.    Sunrise Credit Services, Inc. incurred and was awarded $5,351.41 in reasonable attorneys' fees and costs;

    iii.    United Collection Bureau, Inc. incurred and was awarded $3,967.74 in

[PROPOSED] JUDGMENT
2:12-cv-01223-SVW-FFM

07017.00/190017-1.wpd

1  reasonable attorneys' fees and costs;

2      iv.    Leading Edge Recovery Solutions, LLC incurred and was awarded $5,042.39 in reasonable attorneys' fees and costs;

4      v.    Creditors Financial Group, LLC incurred and was awarded $3,575.19 in reasonable attorneys' fees and costs;

6      vi.    Berman & Rabin, P.A. incurred and was awarded $2,911.79 in reasonable attorneys' fees and costs; and,

8      vii.    Global Credit & Collection Corp. incurred and was awarded $1,543.24 in reasonable attorneys' fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff shall take nothing by his complaint and Defendants Global Credit & Collection Corp., United Recovery Systems, LP, Sunrise Credit Services, Inc., United Collection Bureau, Inc., Leading Edge Recovery Solutions, LLC, Creditors Financial Group, LLC, and Berman & Rabin, P.A., are hereby **DISMISSED** from this action, **WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** and that these Plaintiff's counsel, Arshak Bartoumian, shall pay to Defendants Global Credit & Collection Corp., United Recovery Systems, LP, Sunrise Credit Services, Inc., United Collection Bureau, Inc., Leading Edge Recovery Solutions, LLC, Creditors Financial Group, LLC, and Berman & Rabin, P.A. the collective amount of **$26,240.95** in care of and payable to Carlson & Messer LLP Client Trust Account, 5959 West Century Boulevard, Suite 1214, Los Angeles, California 90045 within 30 days of the entry of this judgment.

DATED: January 16, 2013

_____
United States District Court Judge
STEPHEN V. WILSON